IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DANIEL J. HARSHBARGER, et al. | : | CIVIL ACTION |
| *Plaintiffs* | : | |
| | : | NO. 12-6172 |
| v. | : | |
| | : | |
| PENNSYLVANIA MUTUAL LIFE | : | |
| INSURANCE COMPANY | : | |
| *Defendant* | : | |

# ORDER

**AND NOW,** this 11th day of April 2014, upon consideration of Defendant Pennsylvania Mutual Life Insurance Company's *motion to dismiss Plaintiffs' complaint*, filed pursuant to Federal Rule of Civil Procedure 12(b)(6) [ECF 8], Plaintiffs' response in opposition thereto [ECF 20], Defendant's reply [ECF 22], the parties' respective supplemental briefs [ECF 27, 30, 31, and 32], the allegations contained in the complaint [ECF 1], and for the reasons set forth in the accompanying memorandum opinion, it is hereby **ORDERED** that the motion to dismiss is **GRANTED**, and this Court will **ABSTAIN** from exercising its jurisdiction in this matter in deference to the Pennsylvania Department of Insurance.

It is further **ORDERED** that this matter is **STAYED** pending resolution of Plaintiffs' claims before the Pennsylvania Department of Insurance. This matter shall be placed in **CIVIL SUSPENSE** until further order of the Court.

BY THE COURT:

_____
NITZA I. QUIÑONES ALEJANDRO, J.