IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. HARSHBARGER and EDITH M. HARSHBARGER, individually and on behalf of all persons similarly situated,<br>    *Plaintiffs*<br><br>    v.<br><br>THE PENN MUTUAL LIFE INSURANCE COMPANY<br>    *Defendant* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION<br><br>NO. 12-6172<br><br>CLASS ACTION |

# O R D E R

**AND NOW**, this 5th day of July 2017, upon consideration of the unopposed *motion for approval of supplemental class notice and extension of objection deadline for certain class members* filed by Defendant The Penn Mutual Life Insurance Company ("Defendant"), [ECF 56], it is hereby **ORDERED** that the motion is **GRANTED**. Defendant is authorized to reissue the Class Settlement Notice Package to the Affected Settlement Class Members, including the Proposed Supplemental Insert for Class Settlement Notice Packages, and complete the mailing process within five (5) business days of the date of this Order. It is further ordered that the deadline by which the Affected Settlement Class Members shall file objections to the proposed Settlement Agreement is hereby amended from July 28, 2017 to August 11, 2017. All remaining deadlines set forth in the Preliminary Approval Order, [ECF 52], remain unchanged.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*