United States District Court for the Eastern District of Pennsylvania
Harshbarger, et. Al. v. The Penn Mutual Life Insurance Company
Case No. 2:12-cv-06172-NIQA
United States Courthouse
601 Market Street, Courtroom 8-B
Philadelphia, PA 19106

FILED
JUL 0 5 2017
KATE BARKMAN, Clerk
By _____ Dep. Clerk

RECEIVED
JUL 5 2017
JUDGE NITZA I. QUINONES ALEJANDRO
Room 4000

RECEIVED
JUN 27 2017

William H. Kistlerr and Lillian N. Kistler Family Trust
c/o Richard E. Kistler
209 E. Maple Ave.
El Segundo, CA 90245
(310) 640-3774

To the Court,

When I received a notice of a class-action-suit being filed against Penn Mutual Life Insurance Company, I was not the least bit surprised. I am writing this letter because I, my brother James, and my sister Sharon still have not collected on my father's $10,000 life insurance policy despite the fact that he died 4/12/2006.

My father William Howard Kistler (born 4/5/1920 in Atchison, Kansas) died in Los Angeles, California, on April 12, 2006.

Within three months of my father's death, I visited the offices of Pen n Mutual in El Segundo, California. I brought with me my parents' living will and trust and death certificates for both my mother and father. I was told at that time that they had no record of my father life insurance policy (I was told that "perhaps my father had cashed out " his policy), and that I needed proof that my father had not remarried. What seemed obvious to me is that Penn Mutual was perfectly willing to sell life insurance policies, but it were not willing to pay out on those policies.

I received the class-action-suit letter, right after I retired and was getting ready to fight Penn Mutual.

At this time, I would like to point out that on my father's death certificate it states that he was "widowed." I already gave them proof that my father has not re-married.

The reason why I am writing you this letter is I fell my parents' estate is owed at least $10.000 plus more than 10 years of interest. Anything less than that rewards Penn Mutual for its delay and not=pay-out tactics.

Sincerely,

*Richard E. Kistler*

Richard E. Kistler