*Thomas S Bommarito*
*786 Camino Drive*
*Santa Clara, Ca 95050*

July 25, 2017

United States District Court for the Eastern District of Pennsylvania
United States Courthouse
601 Market Street, Courtroom 8-B
Philadelphia, PA 19106

12-6172

Dears Sirs,

I object to the Harshbarger, et al. v The Penn Mutual Life Insurance Co. case no. 2:12-cv-06172-NIQA Class Action Settlement.

Because Penn Mutual was legally required to pay more policy dividends to Penn Mutual's participating life insurance policy holders than Penn Mutual actually paid, they deliberately controlled the interest credited to my policy and along with their complete control of cost of insurance and expenses eroded the cash value of my policy to close to nothing, thereby reducing my share of this settlement to close to nothing.

Sincerely,

*Thomas S Bommarito*

Thomas S Bommarito

**Policy Holder:**
Thomas S Bommarito
786 Camino Drive
Santa Clara, Ca 95050

**Policy Number**:  7561488

**Email address:** optimapropmgmt@msn.com

**Phone Number:** 408-243-4647