IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PENNSYLVANIA
(PHILADELPHIA)

| | |
|---|---|
| DANIEL J. HARSHBARGER AND EDITH M. HARSHBARGER, Individually and on Behalf of all Persons Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> THE PENN MUTUAL LIFE INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 2:12-cv-06172-NIQA |

**PLAINTIFFS' MOTION FOR APPROVAL OF DEFENDANT'S PAYMENT OF ATTORNEYS' FEES, REIMBURSED LITIGATION EXPENSES, AND CLASS <u>REPRESENTATIVES' INCENTIVE AWARDS</u>**

Dated: October 13, 2017

Andrew S. Friedman (pro hac vice)
Francis J. Balint, Jr. (pro hac vice)
**BONNETT, FAIRBOURN, FRIEDMAN & BALINT, P.C.**
2235 East Camelback Road, Suite 300
Phoenix, AZ 85016
(602) 274-1100

Jason B. Adkins (pro hac vice)
John Peter Zavez (pro hac vice)
**ADKINS, KELSTON & ZAVEZ, P.C.**
90 Canal Street, 5th Floor
Boston, MA 02114
(617) 367-1040

Joseph N. Kravec, Jr. (PA ID 68992)
**FEINSTEIN DOYLE PAYNE & KRAVEC, LLC**
Allegheny Building, 17th Floor
429 Forbes Avenue
Pittsburgh, PA 15219
(412) 281-8400

Mark. A. Chavez (pro hac vice)
**CHAVEZ & GERTLER LLP**
42 Miller Avenue
Mill Valley, CA 94941
(415) 381-5599

*Attorneys for Plaintiffs and the Settlement Class*

Plaintiffs Daniel J. Harshbarger and Edith M. Harshbarger ("Plaintiffs"), by and through their undersigned counsel, hereby respectfully move pursuant to Rule 23(h), *Federal Rules of Civil Procedure*, for Court approval of Defendant The Penn Mutual Insurance Company's payment of (a) $10 million in attorneys' fees to Class Counsel, (b) $700,000 in reimbursed litigation expenses to Class Counsel, and (c) $3,750 in incentive awards each to Plaintiffs in recognition of their service as the sole Class Representatives. *Halley v. Honeywell Intl., Inc.*, 16-2712, 2017 WL 2802638, at *12 (3d Cir. June 29, 2017); *Sullivan v. DB Investments, Inc.*, 667 F.3d 273, 330 (3d Cir. 2011).

The Motion is supported by:

- The Declaration of Jason B. Adkins dated October 13, 2017;
- the Declaration of Andrew S. Friedman dated October 13, 2017;
- the Declaration of Mark A. Chavez dated October 6, 2017;
- the Declaration of Joseph N. Kravec, Jr. dated October 11, 2017;
- the Declaration of Daniel J. and Edith M. Harshbarger dated August 30, 2017;
- the previously filed "Declaration of Jason B. Adkins in Support of Plaintiffs' Motion for Preliminary Approval, etc." (ECF 50 ("Adkins PA Decl.")).

Plaintiff's Motion is furthermore supported by Plaintiffs' concomitantly filed Memorandum of Points and Authorities.

### REQUEST FOR ORAL ARGUMENT

Plaintiffs request that, as previously scheduled in the Preliminary Approval Order, the Court entertain oral argument on this Motion on November 14, 2017, at 10 a.m., in Courtroom 8-B, James A. Byrne United States Courthouse, 601 Market Street, Philadelphia, PA 19106.

1

Dated: October 13, 2017.                    Respectfully submitted,

/s/ Jason B. Adkins
Jason B. Adkins (admitted pro hac vice)
ADKINS, KELSTON & ZAVEZ, P.C.
90 Canal Street, 5th Floor
Boston, MA  02114
Phone (617) 367-1040
Fax (617) 742-8280

Andrew S. Friedman (admitted pro hac vice)
Francis J. Balint, Jr., (admitted pro hac vice)
BONNETT, FAIRBOURN, FRIEDMAN &
  BALINT, P.C.
2325 East Camelback Road, #300
Phoenix, AZ  85016
Phone: (602) 274-1100
Fax: (602) 274-1199

Mark A. Chavez (admitted pro hac vice)
CHAVEZ & GERTLER LLP
42 Miller Avenue
Mill Valley, CA  94941
Phone: (415) 381-5599
Fax: (415) 381-5572

and

Joseph N. Kravec, Jr., (PA ID 68992)
FEINSTEIN DOYLE PAYNE & KRAVEC, LLC
429 Fourth Avenue, Suite 1300
Pittsburgh, PA  15219
(412) 281-8400

*Attorneys for Plaintiffs and the Settlement Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent by U.S. Mail to the non-registered participants listed below on October 13, 2017.

Thomas S. Bommarito
786 Camino Drive
Santa Clara, CA 95050

Jeff M. Brown
750 South Dixie Highway
Boca Raton, FL 33432

Cecily Cornish
PO Box 1643
Kennesaw, GA 30166-8643

Anna Coulter
10070 Wyecliff Drive
Highlands Ranch, CO 80126

Richard Gifford
[ADDRESS REDACTED]

Michael Grecco
3 Auditorium Drive
Atlantic Highlands, NJ 07716

Phillip and Edith Harden
[ADDRESS REDACTED]

Risie R. Howard
1316 West Second Avenue
Pine Bluff, AR 71601-3905

William H. Kistler & Lillian N. Kistler Family Trust
c/o Richard E. Kistler
209 E. Maple Ave.
El Segundo, CA 90245

John Mansfield
5528 Flamingo Avenue
Lakeland, FL 33809-3522

Donald and Patricia Soberdash
728 North Franklin Avenue
Somerset, PA 15501

James W. Sullivan
[ADDRESS REDACTED]

Larry Vazquies
[ADDRESS REDACTED]

Dated: October 13, 2017.    /s/ *Jason B. Adkins*