IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. HARSHBARGER and EDITH M. HARSHBARGER, individually and on behalf of all persons similarly situated,<br>   *Plaintiffs*<br><br>   v.<br><br>PENNSYLVANIA MUTUAL LIFE INSURANCE COMPANY<br>   *Defendant* | CIVIL ACTION<br><br>NO. 12-6172<br><br>CLASS ACTION |

# O R D E R

**AND NOW**, this 19th day of October 2017, the Clerk of Court is directed to remove this matter from civil suspense and place it on the Court's active docket.

                **BY THE COURT:**

                */s/ Nitza I. Quiñones Alejandro*
                **NITZA I. QUIÑONES ALEJANDRO**
                *Judge, United States District Court*