IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL J. HARSHBARGER and EDITH M. HARSHBARGER, individually and on behalf of all persons similarly situated<br>*Plaintiffs*<br><br>v.<br><br>THE PENN MUTUAL LIFE INSURANCE COMPANY<br>*Defendant* | CIVIL ACTION<br><br>NO. 12-6172<br><br>CLASS ACTION |

# O R D E R

**AND NOW**, this 19th day of December 2017, upon consideration of Plaintiffs' unopposed *motion for approval of Defendant's payment of attorney's fees, reimbursed litigation expenses, and class representatives' incentive awards*, [ECF 72], the supporting memorandum of law, [ECF 73], the declarations submitted by Class Counsel, [ECF 74-77], and the Stipulation of Settlement ("Settlement Agreement"), [ECF 47], between Plaintiffs, individually and as representatives of the class of persons defined in the Settlement Agreement, and Defendant, [ECF 47], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **GRANTED**, and an award of $10,000,000.00 in attorneys' fees to Class Counsel; an award of $700,000.00 in expenses to Class Counsel; a service award of $3,750.00 to Daniel J. Harshbarger; and a service award of $3,750.00 to Edith M. Harshbarger, are approved in accordance with the terms of the Settlement Agreement.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*