# THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DANIEL J. HARSHBARGER
and EDITH M. HARSHBARGER,
individually and on behalf of all
persons similarly situated,

Case No. 12-cv-6172

*Plaintiffs,*

v.

THE PENN MUTUAL LIFE INSURANCE
COMPANY,

*Defendant.*

## NOTICE OF APPEAL

Jeff M. Brown, Pro Se
750 South Dixie Highway
Boca Raton, FL 33432
Telephone: (561)-395-0000
jbrown@lavallebrown.com
cmartin@lavallebrown.com

Notice is hereby given that Jeff M. Brown, Pro Se ("Objector/Appellant") appeals to the United States Court of Appeals for the Third Circuit from the Memorandum Opinion (Docket #85); Final Approval Order and Judgment (Docket #86); Memorandum Opinion (Docket # 87) and Order (Docket # 88) each entered in this action on December 20, 2017. Objector/Appellant also hereby appeals from any order or judgment approving the Class Settlement, class counsel's attorneys' fees or expenses and/or incentive awards to class representatives. This shall also serve as notice of appeal of any order or judgment naming or identifying this Objector/Appellant or the objection filed by this Objector/Appellant entered or signed subsequent to this Notice of Appeal, including any order striking the Objector/Appellant's objection.

Dated: January 12, 2018

Respectfully Submitted,

Jeff M. Brown, Pro Se
750 South Dixie Highway
Boca Raton, FL 33432
PH: 561-395-0000
Fax: 561-395-9093
Email: jbrown@lavallebrown.com
cmartin@lavallebrown.com

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018 I caused to be filed this Notice of Appeal by mailing this Notice of Appeal via U.S. First Class Mail to the Clerk of Courts of the United States District Court for the Eastern District of Pennsylvania. When the Clerk files this Notice of Appeal in the CM/ECF system it will effectuate service of this filing on all CM/ECF registered attorneys in this case.

Camille Martin